IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAVONN MACON,

    Plaintiff,

v.

JON LITSCHER and
MICHAEL DITTMANN,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-465-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case pursuant to *Heck v. Humphrey*, 512 U.S. 477, 468-87 (1994).

/s/                                                     3/21/2018

Peter Oppeneer, Clerk of Court               Date