IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

*****************************************************************

LAVONN MACON,

                Plaintiff-Appellant,

vs.                               §1983 Case No. 17-cv-465-WMC.

JON E. LITSCHER and
MICHAEL DITTMANN,

                Defendant(s).

*****************************************************************

## NOTICE OF APPEAL

*****************************************************************

    Notice is hereby given that LaVonn Macon [DOC: #108634-A], pro se, Plaintiff above named, hereby Appeals to the United States Court Of Appeals for the Seventh Circuit, from the Judgment In A Civil Case (Dkt. #08), Filed Upon the Decision And Order "Dismissing 42 U.S.C. §1983 Civil Rights Complaint" For Failure To State A Claim Upon Which Relief Can Be Granted, Based Upon The Doctrine Of **Heck v. Humphrey**, 512 U.S. 477, 486-487 (1994) / (Dkt. #7:4), Filed on March 20, 2018 (Attachment - #1).

    Plaintiff Timely filed for "Reconsideration" of the Courts' March 21, 2018 Judgment In A Civil Case (Attachment - #2)(Dkt. #09)/(Attachment - #3). With Briefing Schedule thereon Issued thereon, on April 10, 2018.

    The Honorable William M. Conley, on March 20, 2019 (Attachment - #4), Issued his Decision on the Motion For Reconsideration. Where Once again he Concluded that Any 1983 Lawsuit Challenge involving a Criminal Conviction Situation is Barred by the **Heck v. Humphrey** Doctrine (Attachment - #4)(Dkt. #14).

[1].

With the District Courts, Original March 20, 2018 Decision and Order, Dismissing §1983 Action as Barred by the Heck Doctrine (Attachment - #1 & #1/A), which was Entered As A Judgment In A Civil Case on March 21, 2018 (Attachment - #2). Motion For Reconsideration Timely Filed thereon, on April 10, 2018 (Attachment - #3). Which upon Briefing, was Denied, as Underlying §1983 Action Barred by The Heck Doctrine (Attachment - #4), Entered on March 20, 2019. Now brings all Decision(s) of the United States District Court for the Western District of Wisconsin, the Honorable William M. Conley, District Judge presiding, before the United States Court of Appeals for the Seventh Circuit for Appellate Review thereof.

Dated this _16_ day of April, 2019. Portage; Wisconsin.

LM-OBM/File.
Attachments: #1-1/A, #2, #3 and #4/(#5-Pages).

Respectfully Filed By:

LaVonn Macon                #108634A
[Pro Se] In Forma Pauperis.
Columbia Correctional Institution
Post Office Box 900 / CCI-Unit-#1.
Portage;   Wisconsin.   53901-0900

xc:  Rachel Lee Bachhuber, AAG.
     State Department Of Justice
     Post Office Box 7857/SDOJ.
     Madison;   Wisconsin. 53707

Materials Prepared By:
Oscar B. McMillian #042747-A.
DOC: 309.155 Legal Assistance
Columbia Correctional Institution
Post Office Box 900 / CCI-Unit-#1.
Portage;   Wisconsin.   53901-0900